UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDRES ORTEGA and ANNA ORTEGA, husband and wife and as Guardians for their minor children; J.O. a minor child; E.G.O, a minor child; J.O. a minor child; and C.O. a minor child,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF SOAP LAKE, et al.,<br><br>　　　　　　　　Defendants. | NO: 11-CV-0228-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

Before the Court is the parties' Motion for Stipulated Order of Dismissal (ECF No. 39). The motion was heard without oral argument. The parties represent this matter has been fully settled and should be dismissed with prejudice and without costs to either party. Accordingly, for good cause shown, it is hereby ordered:

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 1

1. The parties' Motion for Stipulated Order of Dismissal (ECF No. 39) is **GRANTED**.

2. This matter is **DISMISSED** with prejudice and without costs to either party.

The District Court Executive is directed to enter this order, provide copies to counsel, and **CLOSE** the file.

**DATED** this 20th day of June, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 2